Connecticut Local Form Fee Application Cover Sheet (09/04/2018)

# FEE APPLICATION COVER SHEET

Interim/Final Fee Application of: The Law Offices of Neil Crane for Deborah Chiswell, Case no. 18-21721

Time Period: From: May 8, 2018    To: 3/25/2019

Bankruptcy Petition Filed: 10/23/2018

Date of Entry of Retention Order: n/a

## Amount Requested

Fees      $4910.00
Expenses  $0.00
**Total   $4910.00**

## Reductions

Voluntary Fee Reductions _____
Expenses _____

## Retainer Request:

Retainer Received           $3910.00
Prior award applied         $0.00
Balance before this request $1000.00

## Expense Detail:

Retainer Received           _____
Prior award applied         _____
Balance before this request _____
Copies per page cost and total _____

## Hours and Rates per professional:

Hours 2.7    Rate $400.00

Hours 0      Rate $275.00

Hours 8.6    Rate $275.00

Hours 5.45   Rate $275.00

Hours 0      Rate $225.00

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| | : | |
| Deborah Chiswell | : | Case No. 18-21721 |
| Debtor | : | |
| | : | Dated: April 8, 2019 |

### APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED BY LAW OFFICES OF NEIL CRANE, COUNSEL TO THE DEBTOR

Law Offices of Neil Crane, (hereinafter referred to as the "Applicant"), respectfully requests this Court to approve this application for allowance and payment of compensation for services rendered to the Debtor(s), pursuant to 11 USC §331, 1326 (b)(1) and 507 (a)(1) and hereby represents as follows:

1. Law Offices of Neil Crane, is counsel to **Deborah Chiswell** in the above-captioned Chapter 13 case (hereinafter referred to as the "Debtor"), and makes this Application pursuant to 11 USC §331, 1326 (b)(1) and 507 (a)(1) of the Bankruptcy Code for professional services rendered on behalf of the Debtors.

2. On October 23, 2018 the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

3. The Debtor's Chapter First Amended Chapter 13 Plan was confirmed on February 22, 2019.

4. Attached hereto are time sheets in compliance with D. Conn LBR 2016-1 providing a detailed list of the services provided and the time expended thereon. The time sheets are based upon contemporaneous records of the services rendered and represent an accurate record of the services provided on behalf of the Debtor(s).

5. The retainer for services to be provided disclosed to the client a total sum of $4,910.00 for Chapter 13 services. Debtor has paid the amount of $3,910.00 prior to the filing of the case, with a balance due of $1,000.00, to be paid through the Chapter 13 Plan, subject to Court approval.

6. All professional services for which allowance of compensation is requested were performed by Law Offices of Neil Crane, for and on behalf of the Debtor. This Application covers the allowance of compensation for professional services rendered from May 8, 2018 to and through March 25, 2019.

7. The rates charged per individual in the firm are as follows:

- Neil Crane, Esq.            $350.00 per hour
- Stuart H. Caplan, Esq.      $275.00 per hour
- James B. Heffernan, Esq.    $275.00 per hour
- Audra Buckland, Esq.        $250.00 per hour
- Jennifer Tremesani          $225.00 per hour

8. Counsel has expended a total of 16.75 hours of attorney time on this matter. If services rendered in this case were billed at the regular hourly rates for each provider the total value of professional services would $4,943.75.

9. This Applicant has not entered into an agreement for the sharing of compensation, which is prohibited by law.

10. Law Offices of Neil Crane, LLC does hereby request this Court's approval of the sum of $4,910.00 as full compensation in this case. $3,910.00 of which was paid prior to the filing of the case, with a balance due of $1,000.00, to be paid through the Chapter 13 Plan, subject to Court approval.

WHEREFORE, Law Offices of Neil Crane, requests an Order of this Court authorizing compensation in the amount of $4,910.00 as full compensation in this case, $3,910.00 of which was paid prior to the filing of the case, with a balance due of $1,000.00, to be paid through the Chapter 13 Plan, and that the Applicant have such other and further relief as the Court deems just and proper.

THE APPLICANT,

By: /s/ Neil Crane
Neil Crane
Law Offices of Neil Crane
2679 Whitney Avenue
Hamden, Connecticut 06518
Telephone No. (203) 230-2233

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**

| | | |
|---|---|---|
| In Re: | : | CHAPTER 13 |
| | : | |
| Deborah Chiswell | : | Case No. 18-21721 |
| Debtor | : | |
| | : | |

**ORDER FOR PAYMENT OF COMPENSATION**

Upon the *Application for Allowance and Payment of Compensation for Services Rendered by Law Offices of Neil Crane, Counsel to the Debtor*, the Law Offices of Neil Crane, having come before this Court, and there being no objection thereto, it is hereby

ORDERED:

That the Law Offices of Neil Crane, shall be allowed the total sum of $4,910.00 as full compensation in this case, as well as a Court filing fee of $310.00, $3,910.00 of which was paid prior to the filing of the case, with a balance due of $1,000.00, to be paid through the Chapter 13 Plan, subject to Court approval.

Dated at New Haven, Connecticut, this _____ day of _____, 2019.

BY THE COURT

_____
The Honorable Ann M. Nevins
U.S. Bankruptcy Court Judge

Deborah Chiswell

Chapter 13, Case No. 18-21721

*APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION FOR SERVICES RENDERED BY THE LAW OFFICES OF NEIL CRANE TO THE DEBTOR*

# EXHIBIT A (Time Sheets)

Due to the voluminous nature of this Exhibit, the time sheets submitted as

Exhibit A with this Application are available on the Court Docket or upon request.

Please contact:

Stuart H. Caplan, Esquire
Law Offices of Neil Crane, LLC
2679 Whitney Avenue
Hamden, CT 06518
(203) 230-2233- Phone
(203) 230-8484 – Fax

Deborah Chiswell
18-21721

| ATTORNEY | HOURS | RATE | TOTAL |
|---|---|---|---|
| Neil Crane, Esq. | 2.7 | $ 400.00 | $ 1,080.00 |
| Stuart Caplan, Esq. | 0 | $ 275.00 | $ - |
| James Heffernan, Esq. | 8.6 | $ 275.00 | $ 2,365.00 |
| Audra Buckland, Esq. | 5.45 | $ 275.00 | $ 1,498.75 |
| Jennifer Tremesani, Esq. | 0 | $ 225.00 | $ - |
| Legal Assistant | 0 | $ 75.00 | $ - |
|  |  |  |  |
| TOTAL | 16.75 |  | $ 4,943.75 |

| | | |
|---|---|---|
| 4/2/2019 | Law Offices of Neil Crane, LLC | |
| 8:58 AM | Law Offices Of Neil Crane, LLC | Page 1 |

## Selection Criteria

Slip.Transaction Date    5/8/2018 - 3/25/2019
Clie.Selection    Include: Chiswell, Deborah

| Date | Description | Time Spent | |
|---|---|---|---|
| 5/8/2018 | Initial meeting and intake. | 1.50 | NC |
| 5/8/2018 | Review of prior bankruptcy filing. | 0.20 | AB |
| 8/28/2018 | Review of file w/ AB. | 1.00 | NC |
| 8/28/2018 | Draft, edit and send out retainer letter. | 0.30 | AB |
| 9/16/2018 | Review of file and prepare for client meeting (income, MT & I/J). | 1.00 | AB |
| 9/17/2018 | Meeting w/ client to update petition, review Chapter 13 plan and procedures. | 1.75 | AB |
| 9/17/2018 | Revise petition per meeting w/ client. | 0.15 | AB |
| 10/23/2018 | File petition and matrix. | 0.30 | AB |
| 10/23/2018 | Note meeting of creditors to file. | 0.10 | JH |
| 11/5/2018 | Review of creditor appearance filed. | 0.20 | AB |

| | | |
|---|---|---|
| 4/2/2019 | Law Offices of Neil Crane, LLC | |
| 8:58 AM | Law Offices Of Neil Crane, LLC | Page 2 |

| Date | Description | Time Spent | |
|---|---|---|---|
| 11/5/2018 | Review of claims for filed poc. | 0.20 | AB |
| 11/5/2018 | File all remaining schedules, plan, credit counseling. | 0.25 | AB |
| 11/6/2018 | Review file for documents needed. | 0.20 | AB |
| 11/6/2018 | Letter drafted re: 341 meeting, plan payment, documents needed. | 0.20 | AB |
| 11/7/2018 | Note confirmation hearing to schedule | 0.10 | JH |
| 11/8/2018 | Scan and upload documents to Trustee. | 0.70 | AB |
| 11/21/2018 | Draft, edit, send correspondence to Connex Credit Union. | 0.20 | NC |
| 12/3/2018 | Review of file, prepare for meeting of creditors. | 0.50 | JH |
| 12/4/2018 | Attend 341 Meeting, post-hearing notes to file. | 0.80 | JH |
| 12/26/2018 | Review of file and draft, edit and send letter to client re: documents needed to confirm. | 0.30 | JH |
| 1/29/2019 | Review of appraisal. | 0.20 | JH |

| 4/2/2019 | Law Offices of Neil Crane, LLC | |
| 8:58 AM | Law Offices Of Neil Crane, LLC | Page 3 |

| Date | Description | Time Spent | |
|---|---|---|---|
| 1/29/2019 | Review of title search. | 0.20 | JH |
| 1/29/2019 | Review of title search against related pocs. | 0.20 | JH |
| 1/29/2019 | Draft, edit and file 506. | 1.00 | JH |
| 1/29/2019 | Edit cert of service, file amendment. | 0.20 | JH |
| 1/29/2019 | Send cert of service re: 506. | 0.50 | JH |
| 1/29/2019 | Review of objection filed by Bank of America. | 0.20 | JH |
| 2/14/2019 | Updated review of income. | 0.50 | JH |
| 2/14/2019 | Review of pocs and chart pocs. | 0.50 | JH |
| 2/14/2019 | Draft, edit and file 1st Amended Plan and send cert of service. | 1.00 | JH |
| 2/19/2019 | Draft, edit and file appearance. | 0.20 | JH |
| 2/20/2019 | Review of file and prepare for confirmation. | 0.50 | JH |

4/2/2019
8:58 AM

Law Offices of Neil Crane, LLC
Law Offices Of Neil Crane, LLC

Page 4

| Date | Description | Time Spent | |
|---|---|---|---|
| 2/20/2019 | Attend confirmation hearing and post-hearing notes to file. | 0.80 | JH |
| 2/21/2019 | Draft, edit and send client letter re: case confirmation. | 0.20 | JH |
| 2/25/2019 | Review 506 deficiency notice. | 0.20 | JH |
| 2/25/2019 | Edit to amend cert of service re: 506 and file amendment. | 0.20 | JH |
| 3/25/2019 | Review of docket for 506 order and prepare for certification. | 0.20 | JH |

Grand Total

16.75