United States Bankruptcy Court
District of Connecticut

In re:
Deborah A. Chiswell
      Debtor

Case No. 18-21721-jjt
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0205-2     User: ddenicola     Page 1 of 2     Date Rcvd: Apr 09, 2019
                      Form ID: 112       Total Noticed: 16

```
Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 11, 2019.
db            +Deborah A. Chiswell,    373 Parker Street,   Manchester, CT 06042-3633
8964747      ++BANK OF AMERICA,    PO BOX 982238,   EL PASO TX 79998-2238
               (address filed with court: Bank of America,   Attn: President / Manager,   PO Box 15019,
               Wilmington, DE 19886-5019)
8965648       +Bank of America, N.A.,   Andrew S. Cannella, Esq.,   Bendett & McHugh, P.C.,
               270 Farmington Avenue, Suite 171,   Farmington, CT 06032-1926
8992972       +Bank of America, N.A.,   Linda St. Pierre, Esq.,   McCalla Raymer Leibert Pierce, LLC,
               50 Weston Street,   Hartford, CT 06120-1504
8992748       +Bank of America, N.A.,   1600 South Douglass Road,   Anaheim, CA 92806-5948
8964755      ++CONNECTICUT DEPARTMENT OF REVENUE SERVICES,    ATTN COLLECTIONS UNIT - BANKRUPTCY TEAM,
               450 COLUMBUS BLVD STE 1,   HARTFORD CT 06103-1837
               (address filed with court: State of Connecticut - DRS,   Attn: President / Manager,
               Collections Unit - Bankruptcy,   450 Columbus Blvd., Ste. 1,   Hartford, CT 06103-1837)
8964750       +Connex FCU,   Attn: President / Manager,   PO Box 477,   North Haven, CT 06473-0477
8964752       +Law Offices Howard Lee Schiff,   Attn: President / Manager,   510 Tolland Street,
               PO Box 280245,   East Hartford, CT 06128-0245
8964753       +London & London,   Attn: President / Manager,   48 Christian Lane,   Newington, CT 06111-5437
8964754       +Secretary Housing & Urban Dev.,   Attn: President / Manager,   451 Seventh Street, SW,
               Washington, DC 20410-0002
8964756        Town of Manchester,   Assessment & Collection Office,   41 Center Street PO Box 191,
               Attn: President / Manager,   Manchester, CT 06045-0191

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
cr            +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 19:14:56    Synchrony Bank,
               c/o PRA Receivables Management, LLC,   P.O. Box 41021,   Norfolk, VA 23541-1021
8964749        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Apr 09 2019 19:15:07    Capital One,
               Attn: President / Manager,   PO Box 71083,   Charlotte, NC 28272-1083
8964751        E-mail/Text: cio.bncmail@irs.gov Apr 09 2019 19:11:18    Internal Revenue Service,
               Attn: President / Manager,   PO Box 7346,   Philadelphia, PA 19101-7346
8965176       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Apr 09 2019 19:15:20
               PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
8965489       +E-mail/PDF: gecsedi@recoverycorp.com Apr 09 2019 19:15:19    Synchrony Bank,   Attn: President,
               c/o PRA Receivables Management, LLC,   PO Box 41021,   Norfolk, VA 23541-1021
                                                                                           TOTAL: 5

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BANK OF AMERICA, N.A.
cr             Bank of America, N.A.
8964748      ###+Bendett & McHugh,   Attn: President / Manager,   160 Farmington Avenue,
               Farmington, CT 06032-1730
                                                                          TOTALS: 2, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2019                  Signature:  /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

District/off: 0205-2          User: ddenicola          Page 2 of 2          Date Rcvd: Apr 09, 2019
                              Form ID: 112             Total Noticed: 16

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2019 at the address(es) listed below:
          Andrew S. Cannella    on behalf of Creditor   BANK OF AMERICA, N.A. bkecf@bmpc-law.com
          James B. Heffernan    on behalf of Debtor Deborah A. Chiswell james@neilcranelaw.com
          Linda  St. Pierre    on behalf of Creditor   Bank of America, N.A. bankruptcyecfmail@mccalla.com,
           Linda.St.Pierre@mccalla.com
          Neil  Crane    on behalf of Debtor Deborah A. Chiswell neilcranecourt@neilcranelaw.com,
           neilcranecourt@gmail.com
          Patrick  Crook    on behalf of Trustee Roberta  Napolitano pcrook@ch13rn.com
          Roberta  Napolitano    notices@ch13rn.com,  rnapolitano13@ecf.epiqsystems.com
          Roberta  Napolitano    on behalf of Trustee Roberta  Napolitano notices@ch13rn.com,
           rnapolitano13@ecf.epiqsystems.com
          U. S. Trustee    USTPRegion02.NH.ECF@USDOJ.GOV
                                                                                    TOTAL: 8

# United States Bankruptcy Court

## District of Connecticut



In re:

    Deborah A. Chiswell

    Debtor*

Case Number: 18–21721 jjt

Chapter: 13

## <u>NOTICE OF HEARING</u>

**PLEASE TAKE NOTICE** that a Hearing will be held at **450 Main Street, 7th Floor Courtroom, Room 715B, Hartford, CT 06103** on **May 9, 2019** at **10:00 AM** to consider and act upon the following matter(s):

    **Final Application for Compensation for Neil Crane, Debtor's Attorney, Fee: $4,910.00, Expenses: $0 Filed by Neil Crane, Attorney. (Re: Doc #43)**

**OBJECTION(S) DUE:** May 2, 2019 before 4:00 p.m.

**NOTE:** If the Filer or the Filer's attorney does not participate in the above scheduled hearing, the court may enter an order denying the matter(s) identified above.

Dated: April 9, 2019

For the Court

*Myrna Atwater*

Myrna Atwater
Clerk of Court

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

Tel. (860) 240–3675
VCIS* (866) 222–8029
* Voice Case Information System
http://www.ctb.uscourts.gov
Form 112