# United States Bankruptcy Court

## District of Connecticut

In re:

Deborah A. Chiswell

Debtor

Case Number: 18-21721

Chapter: 13

## ORDER APPROVING FINAL APPLICATION FOR COMPENSATION

Pursuant to 11 U.S.C. §§ 328, 330 and/or 331, Neil Crane (the "Applicant"), filed a Final Application for Compensation on April 8, 2019 (the "Application", ECF No. 43). After notice and hearing held on May 9, 2019, upon consideration of the objection/response filed by the Chapter 13 Trustee to the Application (ECF No. 46) and in the absence of any other objection to the Application; it is hereby

**ORDERED:** The Application is approved and the fees in the amount of $4,910.00, and reimbursement of expenses in the amount of $310.00, is awarded as compensation to the Debtor's Attorney subject to final adjustment and disgorgement in the event all administrative expenses are not paid in full; and it is further

**ORDERED:** The Chapter 13 Trustee shall pay the balance of $1,000.00 from the awarded fees of $4,910.00 from the Debtor's Estate.

Dated:   May 10, 2019

BY THE COURT

*James J. Tancredi*
United States Bankruptcy Judge
District of Connecticut

United States Bankruptcy Court
District of Connecticut
450 Main Street, 7th Floor
Hartford, CT 06103

\* For the purposes of this order, "Debtor" means "Debtors" where applicable.